IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WANDA L. LINDSEY,
    Plaintiff,

vs.                                      Case No.: 3:04cv324/RV/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 30, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's Motion for Entry of Default (Doc. 7) is **DENIED**.

    3. Defendant's Motion to Dismiss (Doc. 9) is **DENIED** because Plaintiff's complaint was timely filed as required by 42 U.S.C. § 405(g).

    **DONE AND ORDERED** this 28th day of April, 2005.

                                            /s/ _Roger Vinson_
                                            **ROGER VINSON**
                                            **UNITED STATES DISTRICT JUDGE**