IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WANDA L. LINDSEY,
    Plaintiff,

vs.                                    Case No.:  3:04cv324/RV/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 16, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The Defendant's Motion to Reverse and Remand (Doc. 20) is **GRANTED** and the Commissioner's decision denying benefits is **REVERSED**.

    3.  This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

    4.  The Defendant is ordered to conduct proceedings in accordance with the Report and Recommendation (Doc. 21).

    **DONE AND ORDERED** this 14th day of September, 2005.

                                                    /s/ *Roger Vinson*
                                                    **ROGER VINSON**
                                                    **UNITED STATES SENIOR JUDGE**