IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WANDA L. LINDSEY,
    Plaintiff,

vs.                                  Case No.: 3:04cv324/RV/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 12, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion For Attorney Fees And Costs (Doc. 24) is granted as follows:

> Plaintiff's counsel, Bryon Lassiter, Esquire, is entitled to recover fees in the amount of $1,637.50 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); the amount of attorney fees requested under the EAJA is reasonable; and the Commissioner is directed to pay counsel that amount.

**DONE AND ORDERED** this 14th day of February, 2006.

                                                                   */s/Roger Vinson*
                                                                   **ROGER VINSON**
                                                                   **UNITED STATES SENIOR JUDGE**